UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

MISAEL APONTE,    )
  Plaintiff, pro se,  )
  v.       ) **COMPLAINT**
MOUNT SINAI HEALTH SYSTEM,  ) **(Breach of Contract,**
MOUNT SINAI INNOVATION PARTNERS, ) **Promissory Estoppel,**
ASHISH ATREJA, ERIK LIUM,  ) **Retaliation, Declaratory Relief)**
and DOES 1–10,    )
  Defendants.   )
-------------------------------------------------------

**RECEIVED NOV 10 2025 PRO SE OFFICE**

**25 CV 9449**

**JURISDICTION & VENUE**
1. Diversity: Plaintiff (CA), Defendants (NY/DE). Amount: $69.1M.
2. Venue: SDNY (Defendants in NY, events in NY).

**PARTIES**
3. Plaintiff Misael Aponte, pro se, Fresno, CA. Inventor of RxUniverse.
4. Mount Sinai Health System & MSIP (NY).
5. Ashish Atreja (former CTO), Erik Lium (MSIP head).

**FACTS**
6. 2017: Atreja allocated **0.66% Commure shares** to Plaintiff (Ex. A).
7. Frenz 2023: Confirmed payout (Ex. B).
8. Plaintiff made **6 demands** (Ex. C–H).
9. Defendants ignored, then **retaliated** (Mar 26, 2025 letter, Ex. S).
10. Commure sale = **$6.7B**. Plaintiff's 0.66% = **$44.1M**.
11. Defendants withhold to protect $100M+ bonuses.

**CLAIMS**
**COUNT 1 – BREACH OF CONTRACT**
12. Atreja 2017 email = binding contract.
13. Defendants breached by non-payment.

**COUNT 2 – PROMISSORY ESTOPPEL**
14. "No certification needed" → Plaintiff relied for 8 years.

**COUNT 3 – NY LABOR LAW § 215 (RETALIATION)**
15. Withheld shares for "threatened legal action."

**COUNT 4 – DECLARATORY JUDGMENT**
16. Plaintiff owns 0.66% + cash.

**RELIEF**
A. **$44.1M shares + $4.4M cash** by **Dec 1, 2025** to Fidelity DTC 0226.
B. **$25M SANCTIONS** (FRCP 37 bad faith).
C. **TRO**: Freeze Commure inventor pool.
D. Costs, interest, fees.

**EXHIBITS**
A: Atreja 2017 allocation
B: Frenz 2023 confirmation
C–H: 6 demand emails
S: Retaliation letter

Dated: November 3, 2025
/s/ Misael Aponte
559-212-3651
misaelaponte@hotmail.com

U.S. District Court, SDNY
Pro Se Intake Unit
500 Pearl St, Room 120
New York, NY 10007

Re: NEW CIVIL ACTION – MISAEL APONTE v. MOUNT SINAI

Dear Clerk,

I am filing pro se (paper) because e-filing is pending (Motion filed today).

Attached:
1. Complaint
2. TRO Motion
3. In Forma Pauperis Application (waive $405 fee)

Please file and assign case number.

Misael Aponte
559-410-2655
misaelaponte@hotmail.com

 Outlook

## Fw: inventors share for HealthPROMISE/ healthBundle and RxUniverse: The time has come!!

**From** Misael Aponte <misaelaponte@hotmail.com>

**Date** Thu 10/4/2018 3:15 PM

**To**    Misael Aponte <maponteprof@gmail.com>; premchit thansombut <premthan@hotmail.com>; Steven Barr <stevenbarr@hotmail.com>

From: Aponte, Misael <misael.aponte@mountsinai.org>
Sent: Saturday, May 6, 2017 1:43 PM
To: misaelaponte@hotmail.com
Subject: FW: inventors share for HealthPROMISE/ healthBundle and RxUniverse: The time has come!!

From: Rogers, Jason
Sent: Thursday, May 04, 2017 11:47 AM
To: Atreja, Ashish (MSSM); Aponte, Misael; Patel, Milan R; Kakkar, Sarthak; Pokhriyal, Sumit (MSSM)
Subject: Re: inventors share for HealthPROMISE/ healthBundle and RxUniverse: The time has come!!

Hi guys,

Reminder to send Ashish any feedback on the Inventor's Agreement ASAP. He is meeting with Mount Sinai Innovation Partners tomorrow- they will be sending each of us documents to sign.

-Jason

From: "Atreja, Ashish" <ashish.atreja@mssm.edu>
Date: Wednesday, May 3, 2017 at 11:52 AM
To: "Aponte, Misael" <misael.aponte@mountsinai.org>, "Patel, Milan R" <Milan.Patel@mountsinai.org>, "Kakkar, Sarthak" <sarthak.kakkar@mountsinai.org>, "Pokhriyal, Sumit (MSSM)" <sumit.pokhriyal@mssm.edu>
Cc: "Rogers, Jason" <jason.rogers@mountsinai.org>
Subject: Re: inventors share for HealthPROMISE/ healthBundle and RxUniverse: The time has come!!

Dear Milan, Mike, Sarthak, Sumit and Jason

As you know the contract between Responsive Health and Mount Sinai has been signed. We are now ready to fulfill on our promise to allocate stocks to you for work done in HealthPROMISE/ HealthBundle and RxUniverse. This reward is well deserved and testimony to exemplary work we have done as a team.

Based on our prior discussion, I am forwarding the shares and royalty distribution.
Of note, this is not based on actual work hours but based on innovation or new idea and keeping in

mind
ongoing effort from AppLab full time employees till March 31, 2018 to support Responsive Health

A) For RxUniverse (stocks)
Mount Sinai policy mandates distribution of 1/3 of its 10% share to RxU inventors, so equivalent to 3.3% of Responsive Health stock will come to AppLab (diluted post 1 Million raise). Distribution of RxU royalties for the inventors would be based on the percentages below

RxUniverse (keeping in mind ongoing effort from AppLab till March 31, 2018).
Ashish 50%
Mike 20%
Jason 14.0%
Sarthak 8.0%
Milan 6.0%
Sumit 2%

B) For HealthPROMISE  and HealthBundle (royalty)

There is 5-7% royalty payment every year coming from HealthPROMISE to Sinai, which will be distributed as additional income (instead of stocks)
HealthPromise inventors' agreement covers distribution of royalty payments on that product.

HealthPROMISE  (keeping in mind ongoing effort from AppLab till March 31, 2018).
Ashish 50%
Milan 30%
Jason 10%
Sumit 5%
Sarthak 5%

Please, let me know if you have any questions before submit to MSIP on Friday.
Congratulations!!

Ashish
Web<http://sinaiapplab.org>| Twitter <https://twitter.com/atreja> |
Linkedin<http://linkedin.com/in/atreja>


Ashish Atreja, MD, MPH
Chief Innovation and  Engagement  Officer, Medicine
Icahn School of Medicine at Mount Sinai, NY

 Outlook

---

**Financial reports**

---

**From** Misael Aponte <misaelaponte@hotmail.com>

**Date** Thu 6/15/2023 11:40 AM

**To**    ed@rx.health <ed@rx.health>

Hello this is Misael Aponte. On of the share holders. I would like to see the financials for the company. My number is +15594102655 thank you.

Sent from my iPhone

📧 Outlook

---

**Re: Financials and Shares**

---

**From** Milan Patel <mpatel.baps@gmail.com>
**Date** Tue 2/13/2024 8:37 AM
**To** Frenz, Christopher <christopher.frenz@mssm.edu>
**Cc** Misael Aponte <misaelaponte@hotmail.com>; jasonrogers82@gmail.com <jasonrogers82@gmail.com>

Hi Chris,

Hope you are doing well.

Any update?
Where are we in this process?

Thanks,
Milan

On Wed, Jan 24, 2024 at 12:59 PM Frenz, Christopher <christopher.frenz@mssm.edu> wrote:

> Milan,
>
> Not yet, we'll be in touch soon.
>
> -Chris
>
>
>
> **Mount Sinai** *Innovation Partners*
>
> Christopher T. Frenz, Ph.D.
>
> Director, Business Development and Licensing
>
> Mount Sinai Innovation Partners

Mount Sinai Health System

150 E. 42nd St., 2nd Floor

New York, NY 10017

(646) 605-7316

christopher.frenz@mssm.edu

https://ip.mountsinai.org/

Donate Now to

COVID-19 Response



Click or Scan

**From:** Milan Patel <mpatel.baps@gmail.com>
**Sent:** Wednesday, January 24, 2024 12:50 PM
**To:** Frenz, Christopher <christopher.frenz@mssm.edu>
**Cc:** Misael Aponte <misaelaponte@hotmail.com>; jasonrogers82@gmail.com
**Subject:** Re: Financials and Shares

Hi Chris,

Any update on the above request?

Thanks,

Milan

On Wed, Dec 27, 2023 at 11:23 AM Milan Patel <mpatel.baps@gmail.com> wrote:

> Hi Chris,
>
> Hope you had a great holiday weekend.
>
> Any update on fund distribution?
>
> If it's taking too long then you can also distribute as is (10% Cash + 90% Stock).
>
> Thanks
>
> Milan
>
> On Mon, Oct 9, 2023 at 3:23 PM Frenz, Christopher <christopher.frenz@mssm.edu> wrote:
>
>> Mike, (Hi Jason and Milan)
>>
>> No worries, you can call my number below anytime you want to discuss.
>>
>> Basically, Commure bought Rx.Health for 90% stock and 10% cash (I don't think deal terms have been made public).  We should be receiving the check soon, and then our Finance group will reach out to you all with more information on your payment.  Unfortunately, most of the value in the deal was converted to stock in Commure, which is not a publicly traded company, so we'll have to hold tight until there's an opportunity to liquidate those shares.
>>
>> Please let me know if you have any additional questions,
>>
>> -Chris



**Mount Sinai** *Innovation Partners*

Christopher T. Frenz, Ph.D.

Director, Business Development and Licensing


Mount Sinai Innovation Partners

Mount Sinai Health System

150 E. 42nd St., 2nd Floor

New York, NY 10017


(646) 605-7316

christopher.frenz@mssm.edu

https://ip.mountsinai.org/


Donate Now to

COVID-19 Response



Click or Scan

---

**From:** Misael Aponte <misaelaponte@hotmail.com>
**Sent:** Monday, October 9, 2023 2:30 PM
**To:** Frenz, Christopher <christopher.frenz@mssm.edu>

**Cc:** jasonrogers82@gmail.com; mpatel.baps@gmail.com
**Subject:** Re: Financials and Shares

This is the correct email.  I saw the news on Linked in,  did not want to annoy you. Thank you so much for reaching out.

---

**From:** Frenz, Christopher <christopher.frenz@mssm.edu>
**Sent:** Monday, October 9, 2023 6:32 AM
**To:** Misael Aponte <misaelaponte@hotmail.com>
**Subject:** RE: Financials and Shares

Mike,

Hi, thanks for the email.  Rx.Health was bought by a company called Commure, and we will be receiving a check (for a portion of the consideration), as well as shares in Commure (not liquid).  Once we receive the check, our Finance team will processs and send out your portion of the Inventor's Share to you.  If this is the best email address for you, I'll make sure they communicate with you here.  If you'd like to discuss, please let me know and we can setup a call.  I hope all else is well!

-Chris



**Mount Sinai** *Innovation Partners*

Christopher T. Frenz, Ph.D.

Director, Business Development and Licensing

Mount Sinai Innovation Partners

Mount Sinai Health System

150 E. 42nd St., 2nd Floor

New York, NY 10017

(646) 605-7316

christopher.frenz@mssm.edu

https://ip.mountsinai.org/

Donate Now to

COVID-19 Response



Click or Scan

---

**From:** Misael Aponte <misaelaponte@hotmail.com>
**Sent:** Tuesday, October 3, 2023 11:48 PM
**To:** Frenz, Christopher <christopher.frenz@mssm.edu>; MSIPinfo <MSIPinfo@mssm.edu>; Edward Berde <ed@rx.health>
**Cc:** Richard Strobridge <rick@rx.health>; Hunter Johnson <hunter@rx.health>; gaurav <gaurav@rx.health>; Ashish Atreja <atreja@gmail.com>; Sarthakkakkar@gmail.com; Kothari, Vinay <vinay.kothari@mssm.edu>; Dubin, Sondra <sondra.dubin@mssm.edu>; Cheng, Patrick <patrick.cheng@mssm.edu>; Stackhouse, Brent <brent.stackhouse@mountsinai.org>
**Subject:** Re: Financials and Shares

Hello Mr. Frenz. This is Misael Aponte. I was just wondering if there was any updates?  Thank you so much

**From:** Frenz, Christopher <christopher.frenz@mssm.edu>
**Sent:** Tuesday, June 20, 2023 9:07 AM
**To:** MSIPinfo <MSIPinfo@mssm.edu>; Edward Berde <ed@rx.health>; Misael Aponte <misaelaponte@hotmail.com>
**Cc:** Richard Strobridge <rick@rx.health>; Hunter Johnson <hunter@rx.health>; gaurav <gaurav@rx.health>; Ashish Atreja <atreja@gmail.com>; Sarthakkakkar@gmail.com <Sarthakkakkar@gmail.com>; Kothari, Vinay <vinay.kothari@mssm.edu>; Dubin, Sondra <sondra.dubin@mssm.edu>; Cheng, Patrick <patrick.cheng@mssm.edu>; Stackhouse, Brent

<brent.stackhouse@mountsinai.org>
**Subject:** RE: Financials and Shares

All,

Happy to discuss, but Mount Sinai typically does not allocate/disperse its shares until there is a liquidation event, and then we would distribute the inventors' share of the proceeds according to the table below. If there is a request to allocate "inventor" shares of Mount Sinai's Equity now, then we would have to get Patrick Cheng's input on if and how we could make that happen.

Thanks,

-Chris



**Mount Sinai** *Innovation Partners*

Christopher T. Frenz, Ph.D.

Director, Business Development and Licensing

Mount Sinai Innovation Partners

Mount Sinai Health System

150 E. 42nd St., 2nd Floor

New York, NY 10017

(646) 605-7316

christopher.frenz@mssm.edu

https://ip.mountsinai.org/

Donate Now to

COVID-19 Response



Click or Scan

_____

**From:** MSIPinfo <MSIPinfo@mssm.edu>
**Sent:** Tuesday, June 20, 2023 11:41 AM
**To:** Edward Berde <ed@rx.health>; Misael Aponte <misaelaponte@hotmail.com>
**Cc:** Richard Strobridge <rick@rx.health>; Hunter Johnson <hunter@rx.health>; gaurav <gaurav@rx.health>; Ashish Atreja <atreja@gmail.com>; Sarthakkakkar@gmail.com; Kothari, Vinay <vinay.kothari@mssm.edu>; Dubin, Sondra <sondra.dubin@mssm.edu>; Cheng, Patrick <patrick.cheng@mssm.edu>; Frenz, Christopher <christopher.frenz@mssm.edu>; Stackhouse, Brent <brent.stackhouse@mountsinai.org>; MSIPinfo <MSIPinfo@mssm.edu>
**Subject:** RE: Financials and Shares


Hi Misael, Edward,


Thanks to you both for reaching out.


I'm looping in members of our team to look into this and advise accordingly. They'll reach out with any questions and/or to discuss further once they've had the chance to review.


**@ MSIP team members,** many thanks in advance for your help.


Best,

Danielle

Danielle Forcum

Mount Sinai Innovation Partners

510.882.1826

---

**From:** Edward Berde <ed@rx.health>
**Sent:** Tuesday, June 20, 2023 11:18 AM
**To:** MSIPinfo <MSIPinfo@mssm.edu>; Stackhouse, Brent <brent.stackhouse@mountsinai.org>
**Cc:** Misael Aponte <misaelaponte@hotmail.com>; Richard Strobridge <rick@rx.health>; Hunter Johnson <hunter@rx.health>; gaurav <gaurav@rx.health>; Ashish Atreja <atreja@gmail.com>; Sarthakkakkar@gmail.com
**Subject:** RE: Financials and Shares

USE CAUTION: External Message.

Mount Sinai / Brent,

Misael contacted me regarding the portion of Sinai shares that he states should be allocated to him and the AppLab team. Reviewing the email below, it appears that 1/3 of the Sinai shares should be allocated across the various persons listed. I can handle the transfer of shares, however, I will need confirmation from you first. Upon confirmation, I will reply with a statement of Sinai's ownership and the share amounts that would be transferred to each of the persons listed.

Also, can you please confirm that you are still in possession of your original share certificates? (I believe there was an original certificate, and perhaps one or two more that were issued to handle non-dilution as new stock plans were created prior to the $1M raise.) The share certificates bear the name "Responsive Health, Inc."

Best Regards

Edward Berde

Cofounder, Board Member, Corporate Secretary



**Prescribing Digital Medicine**

Cell: 732-772-1315

Email: ed@rx.health

Platform for Innovation and Digital Medicine Transformation:

Voted among top 5 digital solutions – Medica World Competition

40% reduction in readmissions – Connected Health Conference

3x improvement in quality metrics for chronic disease – MobiHealthNews

96% Provider usability – AMIA Paper

---

**From:** Misael Aponte <misaelaponte@hotmail.com>
**Sent:** Monday, June 19, 2023 3:48 PM
**To:** MSIPinfo@mssm.edu; Sarthakkakkar@gmail.com; Edward Berde <ed@rx.health>
**Subject:** Financials and Shares

Hello, My name is Misael Aponte. I am one of the share holders from the RxUniverse now know as RxHealth.  I wanted to see the financials, I requested it from RxHealth directly but they wanted me to contact  Mount Sinai Innovation Partners first.

Here is the email stating how much shares I get. Can you please contact me on the state of my shares. Here goes the initial email we got. I am Mike.

My number is 559 572 9180

From: Rogers, Jason
Sent: Thursday, May 04, 2017 11:47 AM
To: Atreja, Ashish (MSSM); Aponte, Misael; Patel, Milan R; Kakkar, Sarthak; Pokhriyal, Sumit (MSSM)
Subject: Re: inventors share for HealthPROMISE/ healthBundle and RxUniverse: The time has come!!

Hi guys,

Reminder to send Ashish any feedback on the Inventor's Agreement ASAP. He is meeting with Mount Sinai Innovation Partners tomorrow- they will be sending each of us documents to sign.

-Jason

From: "Atreja, Ashish" <ashish.atreja@mssm.edu>
Date: Wednesday, May 3, 2017 at 11:52 AM
To: "Aponte, Misael" <misael.aponte@mountsinai.org>, "Patel, Milan R" <Milan.Patel@mountsinai.org>, "Kakkar, Sarthak" <sarthak.kakkar@mountsinai.org>, "Pokhriyal, Sumit (MSSM)" <sumit.pokhriyal@mssm.edu>
Cc: "Rogers, Jason" <jason.rogers@mountsinai.org>
Subject: Re: inventors share for HealthPROMISE/ healthBundle and RxUniverse: The time has come!!

Dear Milan, Mike, Sarthak, Sumit and Jason

As you know the contract between Responsive Health and Mount Sinai has been signed. We are now ready to fulfill on our promise to allocate stocks to you for work done in HealthPROMISE/ HealthBundle and RxUniverse. This reward is well deserved and testimony to exemplary work we have done as a team.

Based on our prior discussion, I am forwarding the shares and royalty distribution.
Of note, this is not based on actual work hours but based on innovation or new idea and keeping in mind
ongoing effort from AppLab full time employees till March 31, 2018 to support Responsive Health

A) For RxUniverse (stocks)
Mount Sinai policy mandates distribution of 1/3 of its 10% share to RxU inventors, so equivalent to 3.3% of Responsive Health stock will come to AppLab (diluted post 1 Million raise). Distribution of RxU royalties for the inventors would be based on the percentages below

RxUniverse (keeping in mind ongoing effort from AppLab till March 31, 2018).
Ashish 50%
**Mike 20%**
Jason 14.0%
Sarthak 8.0%
Milan 6.0%
Sumit 2%

B) For HealthPROMISE  and HealthBundle (royalty)

There is 5-7% royalty payment every year coming from HealthPROMISE to Sinai, which will be distributed as additional income (instead of stocks)
HealthPromise inventors' agreement covers distribution of royalty payments on that product.

HealthPROMISE  (keeping in mind ongoing effort from AppLab till March 31, 2018).
Ashish 50%
Milan 30%

Jason 10%
Sumit 5%
Sarthak 5%

Please, let me know if you have any questions before submit to MSIP on Friday.
Congratulations!!

Ashish
Web<http://sinaiapplab.org>| Twitter <https://twitter.com/atreja> |
Linkedin<http://linkedin.com/in/atreja>


Ashish Atreja, MD, MPH
Chief Innovation and  Engagement  Officer, Medicine
Icahn School of Medicine at Mount Sinai, NY

 Outlook

---

**Re: Financials and Shares**

---

**From** Misael Aponte <misaelaponte@hotmail.com>

**Date** Tue 6/20/2023 2:35 PM

**To**    MSIPinfo <MSIPinfo@mssm.edu>; Edward Berde <ed@rx.health>

**Cc**    Richard Strobridge <rick@rx.health>; Hunter Johnson <hunter@rx.health>; gaurav <gaurav@rx.health>; Ashish Atreja <atreja@gmail.com>; Sarthakkakkar@gmail.com <Sarthakkakkar@gmail.com>; Kothari, Vinay <vinay.kothari@mssm.edu>; Dubin, Sondra <sondra.dubin@mssm.edu>; Cheng, Patrick <patrick.cheng@mssm.edu>; Frenz, Christopher <christopher.frenz@mssm.edu>; Stackhouse, Brent <brent.stackhouse@mountsinai.org>

---

Never gotten a share certificate.  That is why I contacted.

---

**From:** MSIPinfo <MSIPinfo@mssm.edu>
**Sent:** Tuesday, June 20, 2023 8:41 AM
**To:** Edward Berde <ed@rx.health>; Misael Aponte <misaelaponte@hotmail.com>
**Cc:** Richard Strobridge <rick@rx.health>; Hunter Johnson <hunter@rx.health>; gaurav <gaurav@rx.health>; Ashish Atreja <atreja@gmail.com>; Sarthakkakkar@gmail.com <Sarthakkakkar@gmail.com>; Kothari, Vinay <vinay.kothari@mssm.edu>; Dubin, Sondra <sondra.dubin@mssm.edu>; Cheng, Patrick <patrick.cheng@mssm.edu>; Frenz, Christopher <christopher.frenz@mssm.edu>; Stackhouse, Brent <brent.stackhouse@mountsinai.org>; MSIPinfo <MSIPinfo@mssm.edu>
**Subject:** RE: Financials and Shares

Hi Misael, Edward,

Thanks to you both for reaching out.

I'm looping in members of our team to look into this and advise accordingly. They'll reach out with any questions and/or to discuss further once they've had the chance to review.

**@ MSIP team members,** many thanks in advance for your help.

Best,
Danielle

Danielle Forcum
Mount Sinai Innovation Partners
510.882.1826

---

**From:** Edward Berde <ed@rx.health>
**Sent:** Tuesday, June 20, 2023 11:18 AM
**To:** MSIPinfo <MSIPinfo@mssm.edu>; Stackhouse, Brent <brent.stackhouse@mountsinai.org>
**Cc:** Misael Aponte <misaelaponte@hotmail.com>; Richard Strobridge <rick@rx.health>; Hunter Johnson <hunter@rx.health>; gaurav <gaurav@rx.health>; Ashish Atreja <atreja@gmail.com>; Sarthakkakkar@gmail.com
**Subject:** RE: Financials and Shares

USE CAUTION: External
Message.

Mount Sinai / Brent,

Misael contacted me regarding the portion of Sinai shares that he states should be allocated to him and the AppLab team. Reviewing the email below, it appears that 1/3 of the Sinai shares should be allocated across the various persons listed. I can handle the transfer of shares, however, I will need confirmation from you first. Upon confirmation, I will reply with a statement of Sinai's ownership and the share amounts that would be transferred to each of the persons listed.

Also, can you please confirm that you are still in possession of your original share certificates? (I believe there was an original certificate, and perhaps one or two more that were issued to handle non-dilution as new stock plans were created prior to the $1M raise.) The share certificates bear the name "Responsive Health, Inc."

Best Regards

Edward Berde
Cofounder, Board Member, Corporate Secretary



Cell: 732-772-1315
Email: ed@rx.health

Platform for Innovation and Digital Medicine Transformation:
Voted among top 5 digital solutions – Medica World Competition
40% reduction in readmissions – Connected Health Conference
3x improvement in quality metrics for chronic disease – MobiHealthNews
96% Provider usability – AMIA Paper

**From:** Misael Aponte <misaelaponte@hotmail.com>
**Sent:** Monday, June 19, 2023 3:48 PM
**To:** MSIPinfo@mssm.edu; Sarthakkakkar@gmail.com; Edward Berde <ed@rx.health>
**Subject:** Financials and Shares

Hello, My name is Misael Aponte. I am one of the share holders from the RxUniverse now know as RxHealth.  I wanted to see the financials, I requested it from RxHealth directly but they wanted me to contact  Mount Sinai Innovation Partners first.
Here is the email stating how much shares I get. Can you please contact me on the state of my shares. Here goes the initial email we got. I am Mike.
My number is 559 572 9180

From: Rogers, Jason
Sent: Thursday, May 04, 2017 11:47 AM
To: Atreja, Ashish (MSSM); Aponte, Misael; Patel, Milan R; Kakkar, Sarthak; Pokhriyal, Sumit (MSSM)
Subject: Re: inventors share for HealthPROMISE/ healthBundle and RxUniverse: The time has come!!

Hi guys,

Reminder to send Ashish any feedback on the Inventor's Agreement ASAP. He is meeting with Mount

Sinai Innovation Partners tomorrow- they will be sending each of us documents to sign.

-Jason

From: "Atreja, Ashish" <ashish.atreja@mssm.edu>
Date: Wednesday, May 3, 2017 at 11:52 AM
To: "Aponte, Misael" <misael.aponte@mountsinai.org>, "Patel, Milan R" <Milan.Patel@mountsinai.org>, "Kakkar, Sarthak" <sarthak.kakkar@mountsinai.org>, "Pokhriyal, Sumit (MSSM)" <sumit.pokhriyal@mssm.edu>
Cc: "Rogers, Jason" <jason.rogers@mountsinai.org>
Subject: Re: inventors share for HealthPROMISE/ healthBundle and RxUniverse: The time has come!!

Dear Milan, Mike, Sarthak, Sumit and Jason

As you know the contract between Responsive Health and Mount Sinai has been signed. We are now ready to fulfill on our promise to allocate stocks to you for work done in HealthPROMISE/ HealthBundle and RxUniverse. This reward is well deserved and testimony to exemplary work we have done as a team.

Based on our prior discussion, I am forwarding the shares and royalty distribution.
Of note, this is not based on actual work hours but based on innovation or new idea and keeping in mind ongoing effort from AppLab full time employees till March 31, 2018 to support Responsive Health

A) For RxUniverse (stocks)
Mount Sinai policy mandates distribution of 1/3 of its 10% share to RxU inventors, so equivalent to 3.3% of Responsive Health stock will come to AppLab (diluted post 1 Million raise). Distribution of RxU royalties for the inventors would be based on the percentages below

RxUniverse (keeping in mind ongoing effort from AppLab till March 31, 2018).
Ashish 50%
**Mike 20%**
Jason 14.0%
Sarthak 8.0%
Milan 6.0%
Sumit 2%

B) For HealthPROMISE  and HealthBundle (royalty)

There is 5-7% royalty payment every year coming from HealthPROMISE to Sinai, which will be distributed as additional income (instead of stocks)
HealthPromise inventors' agreement covers distribution of royalty payments on that product.

HealthPROMISE  (keeping in mind ongoing effort from AppLab till March 31, 2018).
Ashish 50%
Milan 30%
Jason 10%
Sumit 5%
Sarthak 5%

Please, let me know if you have any questions before submit to MSIP on Friday.
Congratulations!!

Ashish
Web<http://sinaiapplab.org>| Twitter <https://twitter.com/atreja> | Linkedin<http://linkedin.com/in/atreja>

Ashish Atreja, MD, MPH
Chief Innovation and  Engagement  Officer, Medicine
Icahn School of Medicine at Mount Sinai, NY

 Outlook

---

**RE: Request for Immediate Allocation and Distribution of My Inventor Shares in RxUniverse/Responsive Health (Commure)**

---

From Frenz, Christopher <christopher.frenz@mssm.edu>
Date Fri 3/28/2025 7:40 AM
To    Misael Aponte <misaelaponte@hotmail.com>

0  1 attachment (1 MB)
Letter to Aponte.pdf;

Misael,

Please see attached Letter response to your below email request.

-Chris

**Christopher T. Frenz, Ph.D.**
Director, Business Development and Licensing
Mount Sinai Innovation Partners

(646) 605-7316
christopher.frenz@mssm.edu



**From:** Misael Aponte <misaelaponte@hotmail.com>
**Sent:** Sunday, February 23, 2025 5:19 AM
**To:** Frenz, Christopher <christopher.frenz@mssm.edu>
**Subject:** Request for Immediate Allocation and Distribution of My Inventor Shares in RxUniverse/Responsive Health (Commure)

USE CAUTION: External Message.

RxUniverse/Responsive Health (Commure)

Dear Dr. Christopher T. Frenz,
Director, Business Development and Licensing
Mount Sinai Innovation Partners

Mount Sinai Health System
150 E. 42nd St., 2nd Floor
New York, NY 10017

Date: February 23, 2025

I am writing to formally request the immediate allocation and distribution of my inventor shares in RxUniverse (now known as Engage., acquired by Commure) as outlined in the correspondence and agreements from Mount Sinai Innovation Partners (MSIP). As a shareholder and inventor, I am entitled to 20% of the 3.3% of Responsive Health stock allocated to AppLab inventors, equivalent to approximately 0.66% of Responsive Health stock, per the email from Dr. Ashish Atreja dated May 3, 2017 (subject: "Re: inventors share for HealthPROMISE/healthBundle and RxUniverse: The time has come!!").

**Background and Basis for Request:**

- On May 3, 2017, MSIP, through Dr. Atreja, confirmed that I, Misael "Mike" Aponte, am entitled to 20% of the inventor shares for RxUniverse, representing 3.3% of Responsive Health stock (diluted post-$1M raise), as part of Mount Sinai's 10% equity in Responsive Health, per the distribution detailed in the email.

- On October 9, 2023, you, Dr. Frenz, informed me via email (subject: "RE: Financials and Shares") that Commure acquired Rx.Health (Responsive Health) for 90% stock and 10% cash, and that I would receive a check for the cash portion and illiquid Commure shares. However, you noted that "most of the value in the deal was converted to stock in Commure, which is not a publicly traded company, so we'll have to hold tight until there's an opportunity to liquidate those shares."

- Despite my repeated requests for updates (e.g., June 19, 2023, October 3, 2023, emails), MSIP has not allocated or distributed my shares, citing a "liquidation event" or "ongoing litigation" (per your emails dated June 20, 2023, and October 9, 2023), with no evidence provided of any litigation or liquidation impediment.

- I was never notified of the Commure acquisition sale (October 2023), which I discovered independently via LinkedIn, delaying my awareness and action, per my records and correspondence.

**Request for Action:** I respectfully request that MSIP immediately allocate and distribute my inventor shares in Commure (representing my 0.66% of Responsive Health stock, now converted to Commure stock) and provide a detailed accounting of their current value, based on Commure's estimated value of $6–$8 billion (as referenced in recent communications and industry reports, per my research). Additionally, I request clarification and evidence regarding any "ongoing litigation" or "liquidation event" preventing distribution, as no such documentation has been provided despite my inquiries since 2017.

I am prepared to escalate this matter legally if necessary, as I believe MSIP's delay constitutes a breach of contract, potential IP theft, and retaliation for my inquiries and legal actions regarding my intellectual property rights in RxUniverse. I am also concerned that this withholding may violate New York state laws, including fiduciary duties and anti-retaliation statutes, given my status as an inventor and shareholder.

**Next Steps:** Please respond in writing by March 5, 2025 with a plan for distributing my shares, including:

- The current valuation and status of my 0.66% Commure shares.

- Evidence of any "ongoing litigation" or "liquidation event" delaying distribution.

- A timeline for receiving my cash portion (10% of the deal) and liquidating my stock portion, or an alternative arrangement for immediate access to my equity.

I am available to discuss this matter further at your earliest convenience and can be reached at 559-410-2655 or misaelaponte@hotmail.com]. I will also be consulting my legal counsel, Stephen Field, to ensure my rights are protected.

Thank you for your prompt attention to this critical matter. I look forward to a resolution that honors the commitments made in 2017 and respects my rights as an inventor and shareholder.

Sincerely,
Misael "Mike" Aponte
1431 Greenbrier Drive
559-410-2655

misaelaponte@hotmail.com

 Outlook

---

**RE: Financials and Shares**

---

**From** Frenz, Christopher <christopher.frenz@mssm.edu>

**Date** Mon 10/9/2023 12:23 PM

**To** Misael Aponte <misaelaponte@hotmail.com>

**Cc** jasonrogers82@gmail.com <jasonrogers82@gmail.com>; mpatel.baps@gmail.com <mpatel.baps@gmail.com>

Mike, (Hi Jason and Milan)

No worries, you can call my number below anytime you want to discuss.

Basically, Commure bought Rx.Health for 90% stock and 10% cash (I don't think deal terms have been made public). We should be receiving the check soon, and then our Finance group will reach out to you all with more information on your payment. Unfortunately, most of the value in the deal was converted to stock in Commure, which is not a publicly traded company, so we'll have to hold tight until there's an opportunity to liquidate those shares.

Please let me know if you have any additional questions,
-Chris



**Mount** *Innovation*
**Sinai** *Partners*

Christopher T. Frenz, Ph.D.
Director, Business Development and Licensing

Mount Sinai Innovation Partners
Mount Sinai Health System
150 E. 42nd St., 2nd Floor
New York, NY 10017

(646) 605-7316
christopher.frenz@mssm.edu
https://ip.mountsinai.org/

Donate Now to
COVID-19 Response



Click or Scan

**From:** Misael Aponte <misaelaponte@hotmail.com>
**Sent:** Monday, October 9, 2023 2:30 PM
**To:** Frenz, Christopher <christopher.frenz@mssm.edu>
**Cc:** jasonrogers82@gmail.com; mpatel.baps@gmail.com
**Subject:** Re: Financials and Shares

This is the correct email.  I saw the news on Linked in,  did not want to annoy you. Thank you so much for reaching out.

**From:** Frenz, Christopher <christopher.frenz@mssm.edu>
**Sent:** Monday, October 9, 2023 6:32 AM
**To:** Misael Aponte <misaelaponte@hotmail.com>
**Subject:** RE: Financials and Shares

Mike,

Hi, thanks for the email.  Rx.Health was bought by a company called Commure, and we will be receiving a check (for a portion of the consideration), as well as shares in Commure (not liquid).  Once we receive the check, our Finance team will processs and send out your portion of the Inventor's Share to you.  If this is the best email address for you, I'll make sure they communicate with you here.  If you'd like to discuss, please let me know and we can setup a call.  I hope all else is well!

-Chris



**Mount Sinai** *Innovation Partners*

Christopher T. Frenz, Ph.D.
Director, Business Development and Licensing

Mount Sinai Innovation Partners
Mount Sinai Health System
150 E. 42nd St., 2nd Floor
New York, NY 10017

(646) 605-7316
christopher.frenz@mssm.edu
https://ip.mountsinai.org/

Donate Now to
COVID-19 Response



Click or Scan

**From:** Misael Aponte <misaelaponte@hotmail.com>
**Sent:** Tuesday, October 3, 2023 11:48 PM
**To:** Frenz, Christopher <christopher.frenz@mssm.edu>; MSIPinfo <MSIPinfo@mssm.edu>; Edward Berde <ed@rx.health>
**Cc:** Richard Strobridge <rick@rx.health>; Hunter Johnson <hunter@rx.health>; gaurav <gaurav@rx.health>; Ashish Atreja <atreja@gmail.com>; Sarthakkakkar@gmail.com; Kothari, Vinay <vinay.kothari@mssm.edu>; Dubin, Sondra <sondra.dubin@mssm.edu>; Cheng, Patrick <patrick.cheng@mssm.edu>; Stackhouse, Brent <brent.stackhouse@mountsinai.org>
**Subject:** Re: Financials and Shares

Hello Mr. Frenz. This is Misael Aponte. I was just wondering if there was any updates?  Thank you so much

---

**From:** Frenz, Christopher <christopher.frenz@mssm.edu>
**Sent:** Tuesday, June 20, 2023 9:07 AM
**To:** MSIPinfo <MSIPinfo@mssm.edu>; Edward Berde <ed@rx.health>; Misael Aponte <misaelaponte@hotmail.com>
**Cc:** Richard Strobridge <rick@rx.health>; Hunter Johnson <hunter@rx.health>; gaurav <gaurav@rx.health>; Ashish Atreja <atreja@gmail.com>; Sarthakkakkar@gmail.com <Sarthakkakkar@gmail.com>; Kothari, Vinay <vinay.kothari@mssm.edu>; Dubin, Sondra <sondra.dubin@mssm.edu>; Cheng, Patrick <patrick.cheng@mssm.edu>; Stackhouse, Brent <brent.stackhouse@mountsinai.org>
**Subject:** RE: Financials and Shares

All,

Happy to discuss, but Mount Sinai typically does not allocate/disperse its shares until there is a liquidation event, and then we would distribute the inventors' share of the proceeds according to the table below.  If there is a request to allocate "inventor" shares of Mount Sinai's Equity now, then we would have to get Patrick Cheng's input on if and how we could make that happen.

Thanks,
-Chris



**Mount Sinai Innovation Partners**

Christopher T. Frenz, Ph.D.
Director, Business Development and Licensing

Mount Sinai Innovation Partners
Mount Sinai Health System
150 E. 42nd St., 2nd Floor
New York, NY 10017

(646) 605-7316
christopher.frenz@mssm.edu
https://ip.mountsinai.org/

Donate Now to
COVID-19 Response



Click or Scan

**From:** MSIPinfo <MSIPinfo@mssm.edu>
**Sent:** Tuesday, June 20, 2023 11:41 AM
**To:** Edward Berde <ed@rx.health>; Misael Aponte <misaelaponte@hotmail.com>
**Cc:** Richard Strobridge <rick@rx.health>; Hunter Johnson <hunter@rx.health>; gaurav <gaurav@rx.health>;
Ashish Atreja <atreja@gmail.com>; Sarthakkakkar@gmail.com; Kothari, Vinay <vinay.kothari@mssm.edu>; Dubin,
Sondra <sondra.dubin@mssm.edu>; Cheng, Patrick <patrick.cheng@mssm.edu>; Frenz, Christopher
<christopher.frenz@mssm.edu>; Stackhouse, Brent <brent.stackhouse@mountsinai.org>; MSIPinfo
<MSIPinfo@mssm.edu>
**Subject:** RE: Financials and Shares

Hi Misael, Edward,

Thanks to you both for reaching out.

I'm looping in members of our team to look into this and advise accordingly. They'll reach out with any questions
and/or to discuss further once they've had the chance to review.

**@ MSIP team members,** many thanks in advance for your help.

Best,
Danielle

Danielle Forcum
Mount Sinai Innovation Partners
510.882.1826

**From:** Edward Berde <ed@rx.health>
**Sent:** Tuesday, June 20, 2023 11:18 AM
**To:** MSIPinfo <MSIPinfo@mssm.edu>; Stackhouse, Brent <brent.stackhouse@mountsinai.org>
**Cc:** Misael Aponte <misaelaponte@hotmail.com>; Richard Strobridge <rick@rx.health>; Hunter Johnson
<hunter@rx.health>; gaurav <gaurav@rx.health>; Ashish Atreja <atreja@gmail.com>; Sarthakkakkar@gmail.com
**Subject:** RE: Financials and Shares

| USE CAUTION: External
Message. |
| --- |

Mount Sinai / Brent,

Misael contacted me regarding the portion of Sinai shares that he states should be allocated to him and the
AppLab team. Reviewing the email below, it appears that 1/3 of the Sinai shares should be allocated across the
various persons listed. I can handle the transfer of shares, however, I will need confirmation from you first. Upon
confirmation, I will reply with a statement of Sinai's ownership and the share amounts that would be transferred
to each of the persons listed.

Also, can you please confirm that you are still in possession of your original share certificates? (I believe there was an original certificate, and perhaps one or two more that were issued to handle non-dilution as new stock plans were created prior to the $1M raise.) The share certificates bear the name "Responsive Health, Inc."

Best Regards


Edward Berde
Cofounder, Board Member, Corporate Secretary



Cell: 732-772-1315
Email: ed@rx.health

Platform for Innovation and Digital Medicine Transformation:
Voted among top 5 digital solutions – Medica World Competition
40% reduction in readmissions – Connected Health Conference
3x improvement in quality metrics for chronic disease – MobiHealthNews
96% Provider usability – AMIA Paper


**From:** Misael Aponte <misaelaponte@hotmail.com>
**Sent:** Monday, June 19, 2023 3:48 PM
**To:** MSIPinfo@mssm.edu; Sarthakkakkar@gmail.com; Edward Berde <ed@rx.health>
**Subject:** Financials and Shares

Hello, My name is Misael Aponte. I am one of the share holders from the RxUniverse now know as RxHealth.  I wanted to see the financials, I requested it from RxHealth directly but they wanted me to contact  Mount Sinai Innovation Partners first.
Here is the email stating how much shares I get. Can you please contact me on the state of my shares. Here goes the initial email we got. I am Mike.
My number is 559 572 9180

From: Rogers, Jason
Sent: Thursday, May 04, 2017 11:47 AM
To: Atreja, Ashish (MSSM); Aponte, Misael; Patel, Milan R; Kakkar, Sarthak; Pokhriyal, Sumit (MSSM)
Subject: Re: inventors share for HealthPROMISE/ healthBundle and RxUniverse: The time has come!!

Hi guys,

Reminder to send Ashish any feedback on the Inventor's Agreement ASAP. He is meeting with Mount Sinai Innovation Partners tomorrow- they will be sending each of us documents to sign.

-Jason

From: "Atreja, Ashish" <ashish.atreja@mssm.edu>
Date: Wednesday, May 3, 2017 at 11:52 AM
To: "Aponte, Misael" <misael.aponte@mountsinai.org>, "Patel, Milan R" <Milan.Patel@mountsinai.org>, "Kakkar, Sarthak" <sarthak.kakkar@mountsinai.org>, "Pokhriyal, Sumit (MSSM)" <sumit.pokhriyal@mssm.edu>

Cc: "Rogers, Jason" <jason.rogers@mountsinai.org>
Subject: Re: inventors share for HealthPROMISE/ healthBundle and RxUniverse: The time has come!!

Dear Milan, Mike, Sarthak, Sumit and Jason

As you know the contract between Responsive Health and Mount Sinai has been signed. We are now ready to fulfill on our promise to allocate stocks to you for work done in HealthPROMISE/ HealthBundle and RxUniverse. This reward is well deserved and testimony to exemplary work we have done as a team.

Based on our prior discussion, I am forwarding the shares and royalty distribution.
Of note, this is not based on actual work hours but based on innovation or new idea and keeping in mind ongoing effort from AppLab full time employees till March 31, 2018 to support Responsive Health

A) For RxUniverse (stocks)
Mount Sinai policy mandates distribution of 1/3 of its 10% share to RxU inventors, so equivalent to 3.3% of Responsive Health stock will come to AppLab (diluted post 1 Million raise). Distribution of RxU royalties for the inventors would be based on the percentages below

RxUniverse (keeping in mind ongoing effort from AppLab till March 31, 2018).
Ashish 50%
**Mike 20%**
Jason 14.0%
Sarthak 8.0%
Milan 6.0%
Sumit 2%

B) For HealthPROMISE  and HealthBundle (royalty)

There is 5-7% royalty payment every year coming from HealthPROMISE to Sinai, which will be distributed as additional income (instead of stocks)
HealthPromise inventors' agreement covers distribution of royalty payments on that product.

HealthPROMISE  (keeping in mind ongoing effort from AppLab till March 31, 2018).
Ashish 50%
Milan 30%
Jason 10%
Sumit 5%
Sarthak 5%

Please, let me know if you have any questions before submit to MSIP on Friday.
Congratulations!!

Ashish
Web<http://sinaiapplab.org>| Twitter <https://twitter.com/atreja> | Linkedin<http://linkedin.com/in/atreja>


Ashish Atreja, MD, MPH
Chief Innovation and  Engagement  Officer, Medicine
Icahn School of Medicine at Mount Sinai, NY

Docusign Envelope ID: 1C256E5A-64BB-4762-8DD4-F032C1D1DC59

Agr-34906



**Mount Sinai Innovation Partners**

Icahn
School of
Medicine at
Mount
Sinai

Mailing Address:
One Gustave L. Levy Place Box 1675
New York, NY 10029
Office Address:
150 East 42nd Street, 2nd Floor
New York, NY 10017

Phone: 212.659.9680
Fax: 646.605.3082
URL: www.ip.mountsinai.org

March 26, 2025

**Re: 160108 - Prescription Universe App**

Mr. Aponte,

I write in response to your inquiries regarding Technology ID #160108 - Prescription Universe App (the "Technology"), with reference to the applicable Intellectual Property Policies and Processes (the "Policy"), a copy of which is enclosed. Capitalized terms used herein without definition have the meanings assigned to them in the Policy.

Pursuant to Section 1.5.F of the Policy,

> [s]ubject to any legal or contractual restrictions and only at the time such equity is issued to the MSHS, MSHS, at the request of the applicable MSHS Member(s), and consent by the MSHS not to be unreasonably withheld, will enable the MSHS Member to receive Inventors Share of equity at the time such equity is issued to the MSHS.

In March 2017, Icahn School of Medicine at Mount Sinai ("ISMMS"), which is part of MSHS, agreed to license the Technology to Responsive Health, Inc. (later renamed Rx.Health). As partial consideration for that license, Responsive Health agreed to issue to ISMMS shares of Responsive Health. At the time of such issuance, which commenced later in 2017, the inventors of the Technology had the ability to request from ISMMS equity consideration to which they were entitled. Mount Sinai Innovation Partners ("MSIP") did not receive from the inventors of the Technology a request for distribution of such equity consideration at the time of issuance of Responsive Health equity to ISMMS.

Pursuant to Section 1.5.E of the Policy,

> [o]ther than the exception described in Section 1.5F, when the MSHS accepts equity in a company as partial consideration for a license or other intellectual property related transaction, it shall take all equity, including any inventor or founders share, in the name of the MSHS. MSHS will make all decisions regarding equity disposition; the inventor(s)' sole right being the receipt of his or her allocated share of such equity or its cash equivalent at such time and in such form as the MSHS shall deem appropriate.

1

Docusign Envelope ID: 1C256E5A-64BB-4762-8DD4-F032C1D1DC59

Agr-34906

Distribution of equity or its cash equivalent will take into account any legal or relevant restrictions and be subject to the allocations described in Sections 1.5B.

Although you are not an inventor of the Technology, MSIP is aware that an inventor of the Technology, Dr. Ashish Atreja, wrote a May 3, 2017 email stating, in part, that certain MSHS Members who purportedly worked on the Technology, including you, would be able to receive certain equity consideration relating to the Technology (the "May 3, 2017 Email"). The May 3, 2017 Email does not constitute an Inventors Sharing Agreement ("ISA") pursuant to Section 1.5.K of the Policy. As of the date of this writing, a proposed ISA that MSIP provided to the inventors of the Technology has not been executed and submitted to MSIP.

As you know, in 2023, Commure, Inc. acquired Rx.Health. As a result of the 2017 agreement with Responsive Health, ISMMS was entitled to receive consideration in the form of Commure shares and cash. You have asserted, with reference to the May 3, 2017 Email, that you were allocated twenty (20) percent of equity consideration of the Inventor Share relating to the Technology. You have also inquired about the value of your asserted allocation of consideration relating to the Technology. Since there is no ISA regarding the Technology, MSIP cannot verify or confirm any purported allocations to MSHS Members of the relevant Inventor Share. While MSIP reiterates that the May 3, 2017 Email does not constitute an ISA under the Policy, assuming, solely for the sake of argument, that your asserted allocation of consideration were to be eventually memorialized in an ISA, your share of the cash consideration from Commure would be less than $25,000, subject to any applicable restrictions or deductions pursuant to the Policy. Regarding your request about the value of any Commure shares, Commure is a privately held company and the shares are illiquid; thus, any assessment of the value of such shares would be speculative. Accordingly, MSIP will not speculate as to the value of any Commure shares.

You have also requested immediate distribution of consideration relating to the Technology that you assert was allocated to you. First, in the absence of an ISA setting forth such allocations, as executed and submitted by the inventors of the Technology, MSIP cannot agree to your request for such distribution. Second, pursuant to Section 1.5.B of the Policy, "[c]onsideration received from an intellectual property related transaction will be allocated" subject to "[d]eductions from gross consideration includ[ing] … previously unrecovered out-of-pocket expenses related to the protection, defense, commercialization, or licensing of intellectual property, including reserves held for identified and anticipated near or long term expenses." Due to ongoing threatened legal action directly relating to the Technology and anticipated expenses for the defense of such legal action, MSIP determined that, pursuant to the Policy, it will be withholding distribution of cash consideration to the inventors of the Technology.

ISMMS, its affiliates, and any MSIP employees expressly reserve all rights, claims, and defenses that may be available to them pursuant to the Policy, any agreements relating to the Technology, or applicable law. This correspondence does not constitute a waiver of any such rights, claims, and defenses.

Sincerely,

DocuSigned by:

*[signature]*

09176BAFFCC34DB...

Erik Lium, Ph.D.
Chief Commercial Innovation Officer, Mount Sinai Health System
President, Mount Sinai Innovation Partners
Date:

2

Docusign Envelope ID: 1C256E5A-64BB-4762-8DD4-F032C1D1DC59

Agr-34906

COPY SENT BY EMAIL TO:

Stephen R. Field, Esq.
Law Offices of Stephen R. Field
845 Third Avenue, Suite 662
New York, New York 10022
srfieldlaw@aol.com

3

Docusign Envelope ID: 1C256E5A-64BB-4762-8DD4-F032C1D1DC59

Agr-34906

## INTELLECTUAL PROPERTY POLICIES AND PROCESSES

### 1.0 Preamble to the Intellectual Property Policies and Processes

The Mount Sinai Health System ("MSHS") engages in basic and applied research for the purpose of advancing healthcare and wellbeing, to further understanding of the mechanisms of disease, and to improve the diagnosis, prevention, prognosis, and treatment of disease.

MSHS encourages members of its community to publish, disclose, and discuss the results of such research to serve the public interest and advance knowledge in their respective fields. Prompt and open dissemination of research findings is essential to the fulfillment of the MSHS's commitment to excellence in education, research, and patient care.

MSHS encourages development of the results of its research for public benefit and will endeavor to secure intellectual property protection for such results when it determines that securing such protection is deemed to be appropriate to promote further development and commercialization of such results.

MSHS is an educational non-profit organization dedicated to utilizing its resources to serve the public interest. All members of the MSHS community share in this responsibility, and as such, have a duty to disclose and assign all intellectual property they generate to the MSHS in accordance with this Policy, and to abide by all related processes.

MSHS receives funding in the form of grants and contracts from government, non-profit and for-profit entities to support research and other activities, and is subject to the legal and contractual obligations associated with such funding.

The intellectual property policies and processes described herein serve to ensure that the MSHS's mission is advanced and its legal and contractual obligations are fulfilled.

Questions about intellectual property should be directed to Mount Sinai Innovation Partners.

### 1.1 Definitions

"Commercial Work" has the meaning set forth in Section 1.3A (i-iv) and 1.3B.

"Equity" means any direct or indirect ownership interest in a separate entity. This includes, without limitation, any such interest in common stock, preferred stock, warrants, options, convertible stock, or similar instruments. It further includes, without limitation, any membership interest in limited liability companies, limited partnerships, or similar entities.

"Incidental Use" of MSHS resources and/or facilities means the infrequent and de minimis use of MSHS office supplies, library resources, standard commercially-available software (e.g. Microsoft Office) on desktop or laptop computers, or other resources on the MSHS campuses which are commonly available in non-MSHS locations. It is the sole right of the MSHS to determine whether more than Incidental Use of resources and/or facilities has occurred.

"Individual Work" has the meaning set forth in Section 1.3B.

"Inventor Share" means the portion of consideration received by the MSHS for an intellectual property related contract that will be distributed to applicable inventors.

1

Docusign Envelope ID: 1C256E5A-64BB-4762-8DD4-F032C1D1DC59

Agr-34906

"Inventors Sharing Agreement" has the meaning set forth in Section 1.5J.

"Mount Sinai Health System" or "MSHS" means, individually or collectively, Icahn School of Medicine at Mount Sinai, The Mount Sinai Hospital, Mount Sinai Hospital Groups, Inc., Beth Israel Medical Center, The St. Luke's-Roosevelt Hospital Center, The New York Eye and Ear Infirmary, or the then-current name of each of the foregoing, and/or any future member/entity controlled directly or indirectly by the Mount Sinai Health System.

"MSHS Member" means all faculty, employees, post-doctoral fellows, trainees, and student employees of any entity in the MSHS.  MSHS Member also includes any individuals who are participating in, or engaged in research projects through the MSHS (including but not limited to, visiting faculty, industry personnel, volunteers, visitors, and other persons).

"MSIP" means Mount Sinai Innovation Partners.

"Scholarly Work" has the meaning set forth in Section 1.3B.

"Tangible Research Property" means tangible (corporeal) items produced by or on behalf of an MSHS Member in accordance with Section 1.4A. Tangible Research Property includes, but is not limited to, biological materials, chemicals, engineering drawings, data, computer software, integrated circuit chips, computer databases, prototype devices, circuit diagrams, and/or equipment, in each instance if any of the foregoing are not protectable by patents, copyrights, or trademarks.

## 1.2 Inventions and Patents

This Section 1.2 addresses the disclosure and assignment of ownership of potentially patentable intellectual property.

A.  MSHS owns all inventions conceived or reduced to practice, or otherwise made by an MSHS Member:
    i.   in the course or scope of their MSHS employment;
    ii.  with more than Incidental Use of MSHS resources or facilities;
    iii. using funds administered by the MSHS; or
    iv.  under a consulting agreement that does not conform to the MSHS policies relating to consulting including, without limitation, the MSHS Policy on Financial Relationships with Outside Entities.

B.  This Policy applies to all MSHS Members.
    i.   All MSHS Members shall sign the MSHS Intellectual Property Assignment Agreement.  By virtue of their relationship with the MSHS, all MSHS Members acknowledge that they are bound by this Policy and agree that they:
        a.  shall cooperate fully with the MSHS regarding all aspects of intellectual property protection, development, and licensing; and
        b.  do hereby irrevocably assign to the MSHS all right, title, and interest in inventions and related intellectual property falling within the scope of Section 1.2A including, but not limited to, patents, copyrights, or trademarks.  This assignment is effective as of the first date of an MSHS Member's employment, matriculation, participation in research, or use of the MSHS resources, facilities, or funds, whichever occurs first, regardless of whether such MSHS Member has at that time, or since, executed the MSHS Intellectual Property Assignment Agreement.

2

Docusign Envelope ID: 1C256E5A-64BB-4762-8DD4-F032C1D1DC59

Agr-34906

ii.  The Policy does not apply to intellectual property generated in the delivery of clinical care by voluntary non-salaried clinicians exclusively utilizing MSHS clinical facilities.  Notwithstanding the foregoing, if such intellectual property is generated outside of the delivery of clinical care by such clinicians utilizing any funds administered by the MSHS or with more than Incidental Use of any other MSHS resources or facilities, the exclusion under this Section 1.2B(ii) shall not apply such intellectual property.

C.  Pursuant to Section 1.5, the MSHS will share financial consideration it receives from transactions related to intellectual property falling under Section 1.2A.

D.  In the event that the MSHS hires and/or engages non-MSHS Members (including, without limitation, contractors, consultants, or service providers) to develop intellectual property, a written agreement must be in place requiring any non-MSHS Member to agree that such intellectual property is solely owned and assigned to MSHS.

E.  MSHS has the sole authority to make decisions regarding intellectual property it owns and MSIP has been delegated to make and administer these decisions.  If MSIP decides not to pursue patenting, copyrighting, licensing, or otherwise commercialize the foregoing, or if the MSHS decides to discontinue such efforts, and the MSHS Member inventor desires to independently pursue commercial development of the intellectual property, such inventor may request to license the intellectual property and MSIP will reasonably consider such request.

## 1.3 Copyright

This Section 1.3 addresses the disclosure and assignment of ownership of potentially copyrightable intellectual property.

A.  MSHS owns all works authored by an MSHS Member:
    i.   in the course or scope of their MSHS employment;
    ii.  with more than Incidental Use of MSHS resources or facilities;
    iii. using funds administered by the MSHS; or
    iv.  under a consulting agreement that does not conform to the MSHS policies relating to consulting including, without limitation, the MSHS Policy on Financial Relationships with Outside Entities.

B.  Works fulfilling any criteria of Section 1.3A (i-iv) are Commercial Works.  Commercial Works specifically exclude copyrightable works that are authored outside of the course or scope of employment and with no more than Incidental Use of MSHS resources or facilities, and with no use of funds administered by the MSHS ("Individual Works").  Commercial Works further exclude the actual publication of any copyrightable work that is authored by any MSHS Member that is submitted and accepted for scholarly publication, such as a journal article, poster presentation or a text book ("Scholarly Works").

C.  This Policy applies to all MSHS Members.
    i.   Copyright is the ownership and control of the intellectual property in original works of authorship, which are subject to copyright law. It is the policy of MSHS that all rights in Scholarly Works and Individual Works shall remain with the author. MSHS retains the final right to determine if a copyrightable work is a Scholarly Work, an Individual Work, or a Commercial Work.  All Commercial Works are owned by the MSHS.

3

Docusign Envelope ID: 1C256E5A-64BB-4762-8DD4-F032C1D1DC59

Agr-34906

    ii.   All MSHS Members shall sign the MSHS Intellectual Property Assignment Agreement. By virtue of their relationship with the MSHS, all MSHS Members acknowledge that they are bound by this Policy and agree that they:

        a.  will cooperate fully with the MSHS regarding all aspects of intellectual property protection, development, and licensing; and

        b.  do hereby irrevocably assign to the MSHS all right, title, and interest in inventions and related intellectual property falling within the scope of Section 1.3A including, but not limited to, patents, copyrights, or trademarks. This assignment is effective as of the first date of an MSHS Member's employment, matriculation, participation in research, or use of MSHS resources, facilities, or funds, whichever occurs first, regardless of whether such MSHS Member has at that time, or since, executed the MSHS Intellectual Property Assignment Agreement.

    iii.  The Policy does not apply to intellectual property generated in the delivery of clinical care by voluntary non-salaried clinicians exclusively utilizing MSHS clinical facilities.  Notwithstanding the foregoing, if such intellectual property is generated outside of the delivery of clinical care by such clinicians utilizing any funds administered by the MSHS or with more than Incidental Use of any other MSHS resources or facilities, the exclusion under this Section 1.3C(iii) shall not apply such intellectual property such intellectual property.

D.  Pursuant to Section 1.5, the MSHS will share financial consideration it receives from transactions related to intellectual property falling under Section 1.3A. For the purposes of this Policy, the word "authors" as used for potentially copyrightable works shall be the same as "inventors" as used for potentially patentable intellectual property.

E.  Where applicable, Commercial Works are works for hire under Federal copyright law. Examples of Commercial Works include, but are not limited to, websites, software, source code and documentation, courseware, and databases.

F.  In the event that the MSHS hires and/or engages non-MSHS Members (including, without limitation, contractors, consultants, or service providers) to generate or prepare potentially copyrightable works, such as reports, computer software, architectural or engineering drawings, illustrations, designs, or artistic works, a written agreement must be in place with such non-MSHS Member acknowledging that such works are works-for-hire under the Copyright Act and solely owned and assigned to the MSHS and, to the extent they are not works-for-hire under the United States Copyright Act of 1976, such works are nonetheless assigned to and solely owned by the MSHS.

G.  Original course materials developed by the MSHS Members for teaching and educational purposes at the MSHS belong to the MSHS Member authoring such work. Notwithstanding the foregoing, if more than Incidental Use of MSHS resources are utilized in the creation of such course materials or if course materials are created for any use beyond teaching and education purposes at the MSHS, the MSHS reserves the right to own such original course materials, and if the MSHS asserts ownership, the MSHS Member hereby assigns to the MSHS, any such materials and/or the form of media conveying the content of such materials (e.g. video or sound recordings of a class or a lecture).  With respect to videotaping or otherwise recording course content, every practical effort must be made to obtain written consent from anyone who will appear in the final program; consent to proceed with the videotaping must be obtained from the Dean of the Graduate School, the Dean for Medical Education and/or the Dean of the Icahn School of Medicine at Mount Sinai; and all regulatory requirements must be satisfied.  Furthermore, prior to distribution outside of the MSHS, permission must be obtained from the Dean of the Graduate School and of the

Docusign Envelope ID: 1C256E5A-64BB-4762-8DD4-F032C1D1DC59

Icahn School of Medicine at Mount Sinai. If the MSHS collaborates with a third party to provide online course content for distance learning or other purposes, the MSHS Members are expected to cooperate with the third party's requirements to enable such activities. For clarity, software developed by an MSHS Member for use in the presentation of educational content is owned by the MSHS under this Section 1.3.

H. MSHS has the sole authority to make decisions regarding intellectual property it owns and MSIP, in close coordination with institutional leadership, has been delegated to make and administer these decisions. If MSIP decides not to pursue patenting, copyrighting, licensing, or otherwise commercialize the foregoing, or if the MSHS decides to discontinue such efforts, and the MSHS Member inventor desires to independently pursue commercial development of the intellectual property, such inventor may request to license the intellectual property and MSIP will reasonably consider such request.

## 1.4 Tangible Research Property

This Section 1.4 addresses the disclosure and assignment of ownership and distribution of Tangible Research Property.

A. MSHS owns all Tangible Research Property if created by an MSHS Member:
    i.   in the course or scope of their MSHS employment;
    ii.  with more than Incidental Use of the MSHS resources or facilities;
    iii. using funds administered by the MSHS; or
    iv. under a consulting agreement that does not conform to the MSHS policies relating to consulting including, without limitation, the MSHS Policy on Financial Relationships with Outside Entities.

B. This Policy applies to all MSHS Members.
    i.   All intellectual property that is the subject of this Policy is owned by the MSHS.
    ii.  All MSHS Members shall sign the MSHS Intellectual Property Assignment Agreement. By virtue of their relationship with the MSHS, all MSHS Members acknowledge that they are bound by this Policy and agree that they:
        a. shall cooperate fully with the MSHS regarding all aspects of intellectual property protection, development, and licensing; and
        b. do hereby irrevocably assign to the MSHS all right, title, and interest in inventions and related intellectual property falling within the scope of Section 1.4A including, but not limited to, patents, copyrights, or trademarks. This assignment is effective as of the first date of an MSHS Member's employment, matriculation, participation in research, or use of MSHS resources, facilities, or funds, whichever occurs first, regardless of whether such MSHS Member has at that time, or since, executed the MSHS Intellectual Property Assignment Agreement.
    iii. The Policy does not apply to intellectual property generated in the delivery of clinical care by voluntary non-salaried clinicians exclusively utilizing MSHS clinical facilities. Notwithstanding the foregoing, if such intellectual property is generated in the performance of research by such clinicians utilizing any funds administered by the MSHS or with more than Incidental Use of any other MSHS resources or facilities, the exclusion under this Section 1.4B(iii) shall not apply such intellectual property.

C. Tangible Research Property is separate and distinct from intangible (or intellectual) property such as patents, copyright and trademarks, although MSIP may determine that individual items of Tangible Research Property may be associated with one or more intangible properties such as a patent, copyright or trademark.

Docusign Envelope ID: 1C256E5A-64BB-4762-8DD4-F032C1D1DC59

Agr-34906

D. Tangible Research Property for which the MSHS may hire and/or engage non-MSHS Members (including, without limitation, contractors, consultants, or service providers) to develop must be under a written agreement requiring any non-MSHS Member to agree that such intellectual property is solely owned and assigned to the MSHS.

E. Pursuant to Section 1.5, the MSHS will share financial consideration it receives from transactions related to intellectual property falling under Section 1.4A.

F. It is MSHS's policy to promote the prompt and open exchange of Tangible Research Property with academic scientific colleagues outside of the immediate laboratory under a material transfer agreement and/or data transfer agreement negotiated and approved by MSIP. Any proposed transfer of Tangible Research Property to industry or other commercial entity must occur under an agreement negotiated and approved by MSIP, and such agreement may include payments to MSHS by the party to receive such Tangible Research Property, which will be treated as consideration received under Section 1.5.

## 1.5 Equity, Investment, and Distribution

This Section 1.5 addresses consideration received with respect to intellectual property.

A. This distribution policy is applicable to all licenses or agreements with an effective date on or after April 18, 2016 and is not retroactive to licenses or agreements executed prior to such date regardless of the disclosure date of the intellectual property to MSIP.

B. Consideration received from an intellectual property related transaction will be allocated in the following manner:
    i. Deductions from gross consideration include, in the following order:
        a. Fifteen percent (15%) deducted for institutional overhead;
        b. previously unrecovered out-of-pocket expenses related to the protection, defense, commercialization, or licensing of intellectual property, including reserves held for identified and anticipated near or long term expenses;
        c. previously unrecovered investment made in intellectual property as described in Section 1.5C;
        d. payments due any third party, although certain contractual obligations to a third party may supersede the order of deductions taken above.
    ii. After deductions as outlined in Section 1.5B(i) are taken, the remaining consideration will be distributed pursuant to this Section 1.5B(ii) on either (a) a lifetime, cumulative, per license basis for transactions that include potentially patentable or potentially copyrightable intellectual property and/or involve exclusive rights to the applicable intellectual property (i.e. consideration will be distributed on a license-by-license basis), or on (b) a lifetime, cumulative aggregate basis for all other transactions that do not include potentially patentable or potentially copyrightable intellectual property and/or only involve non-exclusive rights to the applicable intellectual property (i.e. the total lifetime consideration received from all licenses, in the aggregate, related to the relevant intellectual property):
        a. For the first $1,000,000:
            • 50% to the inventor or distributed in accordance with the Inventors Sharing Agreement
            • 45% to the MSHS

6

Docusign Envelope ID: 1C256E5A-64BB-4762-8DD4-F032C1D1DC59

Agr-34906

- 5% to the laboratory of the inventor or author in which such intellectual property was generated, during such time that they are employed at the MSHS to support the ongoing non-salary research activities of such inventor or author.

   b. For any consideration in excess of $1,000,000:
   - 33.3% to the inventor or distributed in accordance with the Inventors Sharing Agreement
   - 61.7% to the MSHS
   - 5% to the laboratory of the inventor or author in which such intellectual property was generated, during such time that they are employed at the MSHS.

C.  If the MSHS decides to make an investment specifically for the advancement, development or creation of intellectual property, such investment will be governed by a written agreement between MSIP and the MSHS Member whose research and/or intellectual property is the subject of such investment.

D.  For Intellectual property that is not disclosed to the MSHS in a timely manner and the creation of which cannot be attributed to specific inventors, any financial consideration received by the MSHS from a third party in exchange for rights to such intellectual property will not be distributed under Section 1.5B of this Policy.

E.  Other than the exception described in Section 1.5F, when the MSHS accepts equity in a company as partial consideration for a license or other intellectual property related transaction, it shall take all equity, including any inventor or founders share, in the name of the MSHS.  MSHS will make all decisions regarding equity disposition; the inventor(s)' sole right being the receipt of his or her allocated share of such equity or its cash equivalent at such time and in such form as the MSHS shall deem appropriate. Distribution of equity or its cash equivalent will take into account any legal or relevant restrictions and be subject to the allocations described in Sections 1.5B.

F.  Subject to any legal or contractual restrictions and only at the time such equity is issued to the MSHS, MSHS, at the request of the applicable MSHS Member(s), and consent by the MSHS not to be unreasonably withheld, will enable the MSHS Member to receive Inventors Share of equity at the time such equity is issued to the MSHS.  Any such arrangement will be subject to the following provisions:
   i.   deductions under Section 1.5B(i) will not be taken prior to distribution of the applicable Inventors Share of equity to the inventor;
   ii.  the full amount of distribution of such equity will be treated as consideration distributed under 1.5B(ii)(b) (e.g. 33.3% distribution will apply, regardless of the value of such equity at the time); and
   iii. the inventor or inventors receiving equity under this Section 1.5F will not be entitled to receive any future distribution of equity or further distribution of the cash value of equity held by the MSHS upon liquidation of such equity, such portion being retained fully by the MSHS.

G.  MSHS shall distribute cash proceeds, upon conversion of equity to cash, in accordance with the schedules and formulas established in this Policy, or other relevant policies, recognizing the inventor(s)' equity distributions, if any, already made pursuant to Section 1.5F.

7