Docusign Envelope ID: 1C256E5A-64BB-4762-8DD4-F032C1D1DC59

Agr-34906

H.  If an inventor also receives consideration directly from a company to which the MSHS is entering or has entered into a license or other intellectual property-related transaction, MSHS reserves the right to reevaluate and modify the portion of Inventors' Share to which such individual may be entitled.

I.  MSHS will retain the Inventors Share and/or allocation under any of the following conditions:
    i.   if an MSHS Member waives participation in all or part of their Inventors Share,
    ii.  there is no laboratory associated with the inventor or author; or
    iii. when an MSHS Member whose laboratory receiving the 5% allocation from Section 1.5C is no longer an MSHS Member.

J.  MSIP's goal is to complete distributions within sixty (60) days of MSIP receiving any payment from a third party. However, MSIP may establish a later goal for distributions for gross payments amounting to less than $10,000 which shall be distributed at either the end of the calendar year or when annual aggregate revenue relating to such intellectual property reaches $10,000.

K.  In cases where a license or other agreement involves intellectual property with multiple inventors or involves multiple patents, the MSHS Members who are the inventors or authors as the case may be, must attempt to reach agreement on the fair and equitable distribution of the Inventor Share of any consideration, which shall be memorialized by a signed agreement submitted to MSIP providing the division of the Inventor Share amongst the MSHS Members ("Inventors Sharing Agreement").  In the event that such agreement cannot be achieved, any one or more of the inventors can so notify the Vice President of MSIP, who will then request the Dean to form a committee of the faculty to make an appropriate recommendation with input from MSIP which, with the Dean's approval, will be binding on the inventors. Should this committee be unable to reach an agreement, the consideration to be distributed to the inventors will be disbursed as if all inventors have made an equal contribution to the respective intellectual property and all intellectual property that is part of the license has equal economic importance.

### 1.6 Miscellaneous Provisions and Processes

MSHS will manage intellectual property through MSIP, the department responsible for facilitating the development and licensing of MSHS intellectual property for public benefit while securing a fair and equitable financial return for the MSHS in accordance with the following processes.

A.  Intellectual Property Disclosure and Evaluation:
    i.   All intellectual property subject to the Policies described herein must be promptly disclosed to MSIP. The disclosure must be comprehensive and complete, and the MSHS strongly encourages inventors to disclose intellectual property to MSIP no fewer than thirty days prior to the earliest anticipated public disclosure or publication of such intellectual property.  Failure to fully describe the intellectual property and/or to provide MSIP with sufficient time to perform an evaluation and formulate a patent and commercialization strategy may jeopardize the MSHS's ability to obtain meaningful intellectual property protection and its subsequent ability to commercially advance valuable assets. The disclosure must name any person believed to be an inventor or author to the best of the knowledge of the person making the disclosure.

B.  Commercial Development and Partnering:

Docusign Envelope ID: 1C256E5A-64BB-4762-8DD4-F032C1D1DC59

Agr-34906

    i.   Should MSIP decline or abandon the pursuit of intellectual property protection or partnering for commercial development as described in Sections 1.2D and 1.3I, MSIP will notify the applicable inventors of its determination, and MSIP will reasonably consider a request from such inventor(s) for a license to independently pursue commercialization.  Any such license will be conditioned upon, at least, the following requirements:

       a.   Satisfaction of any obligations to sponsors of the underlying research;

       b.   Grant to the MSHS of an irrevocable, perpetual, royalty-free, nonexclusive, sublicenseable worldwide right and license to use the intellectual property for research, education and clinical care purposes;

       c.   Limitations on the MSHS's liability and indemnity;

       d.   Warranty that the MSHS Members have disclosed to MSIP all facts and circumstances relevant to assessing the intellectual property to the best of their knowledge in accordance with 1.6 A (i); and

       e.   Reporting obligations to provide to MSIP with a copy of any agreements containing milestone, royalty, equity or other remuneration in exchange for access to the intellectual property and the right of MSHS to perform audits in a manner customary with prevailing market practices.

C.  While the Policies contained herein are focused on intellectual property that may be protectable by patents or copyrights, whether or not such patent or copyright protection is actually sought or obtained, as well as on Tangible Research Property, there are other forms of intellectual property that may be generated by MSHS Members.  These include, but are not limited to, trademarks, servicemarks, proprietary or confidential information, and commercially valuable know-how. MSHS owns all such intellectual property and is responsible for determining the commercial value of these assets, and the policies contained herein are applicable as deemed appropriate by MSIP.

    i.   MSIP must be consulted for information about registration, protection, and use of marks covering intellectual property made by an MSHS Member, whether or not the contemplated mark incorporates the MSHS name, logo, or symbol.

    ii.   MSHS Members are under the obligation to maintain the proprietary and/or confidential nature of such information.  MSIP must be consulted prior to disclosure of proprietary or confidential information or commercially valuable know-how generated by an MSHS Member to any non-academic third party.

D.  Consideration received by the MSHS under any service, research, or other agreements in exchange for granting outside entities access to, or rights in, any MSHS intellectual property assets created or assembled primarily for use in internal research and patient care, or which fall within the scope of Section 1.3G, will not be subject to any distribution of consideration under Section 1.5 of this Policy.

E.  Consulting:

    i.   All consulting agreements must comply with the MSHS <u>Policy on Financial Relationships with Outside Entities</u> and all associated Conflict of Interest Office ("COI") processes.  Consulting agreements must be reviewed and approved in accordance with COI Office practices.  Any consulting agreement that does not conform to the posted approval process (see <u>Review and Approval of Arrangements with Outside Entities)</u> is a violation of the employment agreement, and may further be a violation of other MSHS policies.

    ii.   MSHS recognizes that the MSHS Members may have consulting agreements that might result in the generation of new intellectual property.  MSIP must be informed of any intellectual property generated in the absence of a consulting agreement, or if under a consulting agreement such intellectual property meets the criteria of Section 1.2A, 1.3A, or 1.4A, or if there was:

9

Docusign Envelope ID: 1C256E5A-64BB-4762-8DD4-F032C1D1DC59

Agr-34906

    a.   any use of MSHS confidential or proprietary information;

    b.   more than Incidental Use of MSHS resources or facilities; or

    c.   any use of funds administered by MSHS.

F.   Conflict of Interest

    i.   Any form of income received by an MSHS Member (or Related Person as defined by the <u>Policy on Financial Conflicts of Interest in Research</u>), resulting from an intellectual property related transaction, including equity, is subject to the applicable MSHS, federal, state, and municipal laws, rules and regulations.

G.   Interpretation and Oversight:

    i.   All policies, rules, guidelines, processes, and other practices of the MSHS regarding intellectual property shall be subject to applicable federal, state, and municipal laws, rules and regulations including, without limitation rules and regulations of the National Institutes of Health and other Federal sponsors for research. To the extent that inconsistencies develop between MSHS policies and applicable laws and regulations, the latter shall prevail and MSHS policy shall be revised to conform to the applicable laws.

    ii.   Section references contained herein are to the sections within this Policy unless otherwise specified.

    iii.   All disputed issues that cannot be resolved with the assistance of MSIP will be referred by MSIP to the appropriate institutional official. For disputes related to the interpretation of intellectual property policies and processes described herein, the Dean of the Icahn School of Medicine at Mount Sinai shall have the final authority to resolve.

    iv.   The Vice President, MSIP shall be the MSHS Officer with oversight of MSIP. The Technology Transfer Sub-Committee of the Research and Education Policy Committee of the Board of Trustees of MSHS will liaise with the Vice President, MSIP in oversight of MSIP.

    v.   Unless the context of any section clearly requires otherwise, references to the plural include the singular, the singular the plural, and the part the whole.

    vi.   This policy is effective as of April 18, 2016 and may be modified or changed from time to time.

    vii.   Interpretation, modification or waivers of any of the provisions of this Policy may be implemented by the Dean of the Icahn School of Medicine at Mount Sinai or the Dean's designee, or, if the matter is unrelated to the Icahn School of Medicine at Mount Sinai, the President or the President's designee will have the sole authority to grant the foregoing.

 Outlook

---

## RE: Financials and Shares

---

**From** Hunter Swearingen <hswearingen@kschanford.com>

**Date** Wed 2/28/2024 10:51 AM

**To**    Misael Aponte <misaelaponte@hotmail.com>; Kristina De Lira <kdelira@kschanford.com>

**Cc**    Rick Conway <rconway@kschanford.com>; Patty Avila <pavila@kschanford.com>; Maria Cabrera <mcabrera@kschanford.com>

Mike,

We never received the contact information for Mr. Sarthak. Please provide that as soon as possible.

Additionally, please make sure you hit "reply all" when providing that information, so everyone cc'd receives this information.

Thank you,



KAHN, SOARES & CONWAY, LLP

Hunter W. Swearingen
KAHN, SOARES & CONWAY, LLP
219 N. Douty Street
Hanford, CA 93230
Telephone: (559) 584-3337
Facsimile:  (559) 584-3348
Website: www.ksclawyers.com

CONFIDENTIALITY NOTICE: This transmission, including any attachments, is confidential and may be legally privileged. If you are not the intended recipient, or their agent, you are hereby notified that reading, disclosing, copying, distributing or using any information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by e-mail or by telephone and destroy the transmission. Thank you for your assistance.

**From:** Misael Aponte <misaelaponte@hotmail.com>
**Sent:** Thursday, January 25, 2024 12:08 PM
**To:** Kristina De Lira <kdelira@kschanford.com>
**Subject:** Fw: Financials and Shares

This is the latest email we got about my shares. Also the reason why it would be hard for miniyous to compete with rxu is that mt sinai already has a set of customers/users and a network of hospitals that can already use the product. So thus no need to get those

---

**From:** Frenz, Christopher <christopher.frenz@mssm.edu>
**Sent:** Wednesday, January 24, 2024 9:59 AM
**To:** Milan Patel <mpatel.baps@gmail.com>
**Cc:** Misael Aponte <misaelaponte@hotmail.com>; jasonrogers82@gmail.com <jasonrogers82@gmail.com>
**Subject:** RE: Financials and Shares

Milan,

Not yet, we'll be in touch soon.

-Chris



**Mount Sinai    Innovation Partners**

Christopher T. Frenz, Ph.D.
Director, Business Development and Licensing

Mount Sinai Innovation Partners
Mount Sinai Health System
150 E. 42nd St., 2nd Floor
New York, NY 10017

(646) 605-7316
christopher.frenz@mssm.edu
https://ip.mountsinai.org/

Donate Now to
COVID-19 Response



Click or Scan

**From:** Milan Patel <mpatel.baps@gmail.com>
**Sent:** Wednesday, January 24, 2024 12:50 PM
**To:** Frenz, Christopher <christopher.frenz@mssm.edu>
**Cc:** Misael Aponte <misaelaponte@hotmail.com>; jasonrogers82@gmail.com
**Subject:** Re: Financials and Shares

Hi Chris,

Any update on the above request?

Thanks,
Milan


On Wed, Dec 27, 2023 at 11:23 AM Milan Patel <mpatel.baps@gmail.com> wrote:

Hi Chris,

Hope you had a great holiday weekend.

Any update on fund distribution?
If it's taking too long then you can also distribute as is (10% Cash + 90% Stock).


Thanks
Milan

On Mon, Oct 9, 2023 at 3:23 PM Frenz, Christopher <christopher.frenz@mssm.edu> wrote:

Mike, (Hi Jason and Milan)

No worries, you can call my number below anytime you want to discuss.

Basically, Commure bought Rx.Health for 90% stock and 10% cash (I don't think deal terms have been made public). We should be receiving the check soon, and then our Finance group will reach out to you all with more information on your payment. Unfortunately, most of the value in the deal was converted to stock in Commure, which is not a publicly traded company, so we'll have to hold tight until there's an opportunity to liquidate those shares.

Please let me know if you have any additional questions,
-Chris



**Mount Sinai** *Innovation Partners*

Christopher T. Frenz, Ph.D.
Director, Business Development and Licensing

Mount Sinai Innovation Partners
Mount Sinai Health System
150 E. 42nd St., 2nd Floor
New York, NY 10017

(646) 605-7316
christopher.frenz@mssm.edu
https://ip.mountsinai.org/

Donate Now to

COVID-19 Response



Click or Scan

---

**From:** Misael Aponte <misaelaponte@hotmail.com>
**Sent:** Monday, October 9, 2023 2:30 PM
**To:** Frenz, Christopher <christopher.frenz@mssm.edu>
**Cc:** jasonrogers82@gmail.com; mpatel.baps@gmail.com
**Subject:** Re: Financials and Shares

This is the correct email.  I saw the news on Linked in,  did not want to annoy you. Thank you so much for reaching out.

---

**From:** Frenz, Christopher <christopher.frenz@mssm.edu>
**Sent:** Monday, October 9, 2023 6:32 AM
**To:** Misael Aponte <misaelaponte@hotmail.com>
**Subject:** RE: Financials and Shares


Mike,


Hi, thanks for the email.  Rx.Health was bought by a company called Commure, and we will be receiving a check (for a portion of the consideration), as well as shares in Commure (not liquid). Once we receive the check, our Finance team will processs and send out your portion of the Inventor's Share to you.  If this is the best email address for you, I'll make sure they communicate with you here.  If you'd like to discuss, please let me know and we can setup a call.  I hope all else is well!


-Chris




**Mount Sinai** *Innovation Partners*

Christopher T. Frenz, Ph.D.

Director, Business Development and Licensing

Mount Sinai Innovation Partners

Mount Sinai Health System

150 E. 42nd St., 2nd Floor

New York, NY 10017

(646) 605-7316

christopher.frenz@mssm.edu

https://ip.mountsinai.org/

Donate Now to

COVID-19 Response



Click or Scan

---

**From:** Misael Aponte <misaelaponte@hotmail.com>
**Sent:** Tuesday, October 3, 2023 11:48 PM
**To:** Frenz, Christopher <christopher.frenz@mssm.edu>; MSIPinfo <MSIPinfo@mssm.edu>; Edward Berde <ed@rx.health>
**Cc:** Richard Strobridge <rick@rx.health>; Hunter Johnson <hunter@rx.health>; gaurav <gaurav@rx.health>; Ashish Atreja <atreja@gmail.com>; Sarthakkakkar@gmail.com; Kothari, Vinay <vinay.kothari@mssm.edu>; Dubin, Sondra <sondra.dubin@mssm.edu>; Cheng, Patrick <patrick.cheng@mssm.edu>; Stackhouse, Brent <brent.stackhouse@mountsinai.org>
**Subject:** Re: Financials and Shares

Hello Mr. Frenz. This is Misael Aponte. I was just wondering if there was any updates?  Thank you so much

**From:** Frenz, Christopher <christopher.frenz@mssm.edu>
**Sent:** Tuesday, June 20, 2023 9:07 AM
**To:** MSIPinfo <MSIPinfo@mssm.edu>; Edward Berde <ed@rx.health>; Misael Aponte <misaelaponte@hotmail.com>
**Cc:** Richard Strobridge <rick@rx.health>; Hunter Johnson <hunter@rx.health>; gaurav <gaurav@rx.health>; Ashish Atreja <atreja@gmail.com>; Sarthakkakkar@gmail.com <Sarthakkakkar@gmail.com>; Kothari, Vinay <vinay.kothari@mssm.edu>; Dubin, Sondra <sondra.dubin@mssm.edu>; Cheng, Patrick <patrick.cheng@mssm.edu>; Stackhouse, Brent <brent.stackhouse@mountsinai.org>
**Subject:** RE: Financials and Shares

All,

Happy to discuss, but Mount Sinai typically does not allocate/disperse its shares until there is a liquidation event, and then we would distribute the inventors' share of the proceeds according to the table below. If there is a request to allocate "inventor" shares of Mount Sinai's Equity now, then we would have to get Patrick Cheng's input on if and how we could make that happen.

Thanks,

-Chris



Christopher T. Frenz, Ph.D.

Director, Business Development and Licensing

Mount Sinai Innovation Partners

Mount Sinai Health System

150 E. 42nd St., 2nd Floor

New York, NY 10017

(646) 605-7316

christopher.frenz@mssm.edu

https://ip.mountsinai.org/

Donate Now to

COVID-19 Response



Click or Scan

_____

**From:** MSIPinfo <MSIPinfo@mssm.edu>
**Sent:** Tuesday, June 20, 2023 11:41 AM
**To:** Edward Berde <ed@rx.health>; Misael Aponte <misaelaponte@hotmail.com>
**Cc:** Richard Strobridge <rick@rx.health>; Hunter Johnson <hunter@rx.health>; gaurav <gaurav@rx.health>; Ashish Atreja <atreja@gmail.com>; Sarthakkakkar@gmail.com; Kothari, Vinay <vinay.kothari@mssm.edu>; Dubin, Sondra <sondra.dubin@mssm.edu>; Cheng, Patrick <patrick.cheng@mssm.edu>; Frenz, Christopher <christopher.frenz@mssm.edu>; Stackhouse, Brent <brent.stackhouse@mountsinai.org>; MSIPinfo <MSIPinfo@mssm.edu>
**Subject:** RE: Financials and Shares

Hi Misael, Edward,

Thanks to you both for reaching out.

I'm looping in members of our team to look into this and advise accordingly. They'll reach out with any questions and/or to discuss further once they've had the chance to review.

**@ MSIP team members,** many thanks in advance for your help.

Best,

Danielle

Danielle Forcum

Mount Sinai Innovation Partners

510.882.1826

---

**From:** Edward Berde <ed@rx.health>
**Sent:** Tuesday, June 20, 2023 11:18 AM
**To:** MSIPinfo <MSIPinfo@mssm.edu>; Stackhouse, Brent <brent.stackhouse@mountsinai.org>
**Cc:** Misael Aponte <misaelaponte@hotmail.com>; Richard Strobridge <rick@rx.health>; Hunter Johnson <hunter@rx.health>; gaurav <gaurav@rx.health>; Ashish Atreja <atreja@gmail.com>; Sarthakkakkar@gmail.com
**Subject:** RE: Financials and Shares

USE CAUTION: External Message.

Mount Sinai / Brent,

Misael contacted me regarding the portion of Sinai shares that he states should be allocated to him and the AppLab team. Reviewing the email below, it appears that 1/3 of the Sinai shares should be allocated across the various persons listed. I can handle the transfer of shares, however, I will need confirmation from you first. Upon confirmation, I will reply with a statement of Sinai's ownership and the share amounts that would be transferred to each of the persons listed.

Also, can you please confirm that you are still in possession of your original share certificates? (I believe there was an original certificate, and perhaps one or two more that were issued to handle non-dilution as new stock plans were created prior to the $1M raise.) The share certificates bear the name "Responsive Health, Inc."

Best Regards

Edward Berde

Cofounder, Board Member, Corporate Secretary


Prescribing Digital Medicine

Cell: 732-772-1315

Email: ed@rx.health


Platform for Innovation and Digital Medicine Transformation:

Voted among top 5 digital solutions – Medica World Competition

40% reduction in readmissions – Connected Health Conference

3x improvement in quality metrics for chronic disease – MobiHealthNews

96% Provider usability – AMIA Paper

---

**From:** Misael Aponte <misaelaponte@hotmail.com>
**Sent:** Monday, June 19, 2023 3:48 PM
**To:** MSIPinfo@mssm.edu; Sarthakkakkar@gmail.com; Edward Berde <ed@rx.health>
**Subject:** Financials and Shares


Hello, My name is Misael Aponte. I am one of the share holders from the RxUniverse now know as RxHealth. I wanted to see the financials, I requested it from RxHealth directly but they wanted me to contact  Mount Sinai Innovation Partners first.

Here is the email stating how much shares I get. Can you please contact me on the state of my shares. Here goes the initial email we got. I am Mike.

My number is 559 572 9180


From: Rogers, Jason
Sent: Thursday, May 04, 2017 11:47 AM

To: Atreja, Ashish (MSSM); Aponte, Misael; Patel, Milan R; Kakkar, Sarthak; Pokhriyal, Sumit (MSSM)
Subject: Re: inventors share for HealthPROMISE/ healthBundle and RxUniverse: The time has come!!

Hi guys,

Reminder to send Ashish any feedback on the Inventor's Agreement ASAP. He is meeting with Mount Sinai Innovation Partners tomorrow- they will be sending each of us documents to sign.

-Jason

From: "Atreja, Ashish" <ashish.atreja@mssm.edu>
Date: Wednesday, May 3, 2017 at 11:52 AM
To: "Aponte, Misael" <misael.aponte@mountsinai.org>, "Patel, Milan R" <Milan.Patel@mountsinai.org>, "Kakkar, Sarthak" <sarthak.kakkar@mountsinai.org>, "Pokhriyal, Sumit (MSSM)" <sumit.pokhriyal@mssm.edu>
Cc: "Rogers, Jason" <jason.rogers@mountsinai.org>
Subject: Re: inventors share for HealthPROMISE/ healthBundle and RxUniverse: The time has come!!

Dear Milan, Mike, Sarthak, Sumit and Jason

As you know the contract between Responsive Health and Mount Sinai has been signed. We are now ready to fulfill on our promise to allocate stocks to you for work done in HealthPROMISE/ HealthBundle and RxUniverse. This reward is well deserved and testimony to exemplary work we have done as a team.

Based on our prior discussion, I am forwarding the shares and royalty distribution.
Of note, this is not based on actual work hours but based on innovation or new idea and keeping in mind
ongoing effort from AppLab full time employees till March 31, 2018 to support Responsive Health

A) For RxUniverse (stocks)
Mount Sinai policy mandates distribution of 1/3 of its 10% share to RxU inventors, so equivalent to 3.3% of Responsive Health stock will come to AppLab (diluted post 1 Million raise). Distribution of RxU royalties for the inventors would be based on the percentages below

RxUniverse (keeping in mind ongoing effort from AppLab till March 31, 2018).
Ashish 50%
**Mike 20%**
Jason 14.0%
Sarthak 8.0%
Milan 6.0%
Sumit 2%

B) For HealthPROMISE  and HealthBundle (royalty)

There is 5-7% royalty payment every year coming from HealthPROMISE to Sinai, which will be

distributed as additional income (instead of stocks)
HealthPromise inventors' agreement covers distribution of royalty payments on that product.

HealthPROMISE  (keeping in mind ongoing effort from AppLab till March 31, 2018).
Ashish 50%
Milan 30%
Jason 10%
Sumit 5%
Sarthak 5%

Please, let me know if you have any questions before submit to MSIP on Friday.
Congratulations!!

Ashish
Web<http://sinaiapplab.org>| Twitter <https://twitter.com/atreja> |
Linkedin<http://linkedin.com/in/atreja>


Ashish Atreja, MD, MPH
Chief Innovation and  Engagement  Officer, Medicine
Icahn School of Medicine at Mount Sinai, NY


CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO

HANFORD, CA 93230
NOV 06, 2025

$37.80

S2324A50119G-04

10007

RDC 07

UNITED STATES POSTAL SERVICE

MAIL EXPRESS®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

how2recycle.info

PAPER
POUCH

FSC
MIX
Board
FSC® C118916

RECEIVED
NOV 10 2025
PRO SE OFFICE

PRIORITY MAIL EXPRESS®

FOR DOMESTIC AND INTERNATIONAL USE

ER 236 978 125 US

## CUSTOMER USE ONLY

FROM: (PLEASE PRINT)    PHONE (

Misael Aponte
1431 Greenbrier Drive
Hanford Ca
93230

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE (

PRO Se printake unit
U.S. District Court
Southern District of New York
500 pearl St, New York, NY 1007

ZIP+4® (U.S. ADDRESSES ONLY)

10007

## PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

## ORIGIN (POSTAL SERVICE USE ONLY)

| ☐ 1-Day | ☐ 2-Day | ☐ Military | Postage |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | | $ 33. |
| 93230 | 11/8/25 | | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | |
| 11/6/25 | ☐ 3:00 PM | $ | |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee | |
| 10:05 | | $ 4.40 | |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fee | |
| $ | $ | $ 37. | |
| Weight ☐ Flat Rate | Acceptance Employee Initials | | |
| 15 lbs. ozs. | | | |

## DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, NOVEMBER 2023    PSN 7690-02-000-9996

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

F October 202
2 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.