UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2026
```

| | |
|---|---|
| MISAEL APONTE,<br><br>                              Plaintiff,<br><br>           -against-<br><br>MOUNT SINAI HEALTH SYSTEM; MOUNT SINAI<br>INNOVATION PARTNERS; ASHISH ATREJA; ERIK<br>LIUM; DOES 1-10,<br><br>                              Defendants. | 25-CV-9449 (JPC) (KHP)<br><br>ORDER OF SERVICE |

**KATHARINE PARKER, United States Magistrate Judge:**

Plaintiff, who is appearing *pro se*, brings this action asserting claims under the Defend Trade Secrets Act, 18 U.S.C. § 1836; 42 U.S.C. § 1981; and state law.[1] By order dated January 15, 2026, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. As set forth below, the Court (1) directs service on Defendants Mount Sinai Health System and Mount Sinai Innovation Partners; (2) directs counsel for Mount Sinai Health System to provide service addresses for Defendants Ashish and Lium; and (3) refers Plaintiff to the court's legal clinic for *pro se* litigants.

## DISCUSSION

### A.    Service on Mount Sinai defendants

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123

---

[1] By order dated February 5, 2026, Judge Louis L. Stanton dismissed the original complaint, but granted Plaintiff leave to replead. (ECF 5.) On March 9, 2026, Plaintiff filed an amended complaint. (ECF 6.) The action was subsequently referred to the undersigned.

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses

n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants Mount Sinai Health System and Mount Sinai Innovation Partners through the U.S. Marshals Service, the Clerk of Court is respectfully instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants.[3]  The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service.  *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

B.    *Valentin* **order**

Plaintiff does not provide service addresses for Defendants Ashish Atreja and Erik Lium, although his allegations suggest that both of these defendants are employees of Mount Sinai Health System or its related entities.  Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to

---

and the amended complaint until the Court reviewed the amended complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

[3] Plaintiff does not provide service addresses for any of the defendants. For the Mount Sinai defendants, the Court directs the Marshals Service to serve them at their publicly available addresses.

assistance from the district court in identifying a defendant and the address where a defendant can be served.  121 F.3d 72, 76 (2d Cir. 1997).  It is therefore ordered that counsel for Mount Sinai Health System must ascertain the addresses where the Defendants Atreja and Lium may be served.[4]  Counsel for Mount Sinai Health System must provide this information to Plaintiff and the Court within 60 days of the date of this order.

Once counsel Mount Sinai Health System provides that information, the Court will issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for Ashish and Lium, and deliver all documents necessary to effect service to the U.S. Marshals Service.

**C.      Referral to the SDNY's pro se legal clinic**

Plaintiff is advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The City Bar Justice Center ("CBJC") operates the SDNY Federal Pro Se Legal Assistance Project to assist self-represented parties with civil cases in this court. Appointments can be scheduled by phone (212-382-4794), email (fedprosdny@nycbar.org), or by completing the City Bar Justice Center's intake form. A flyer with details is attached.  The CBJC is a private organization that it not part of the court, and the CBJC's SDNY Federal Pro Se Legal Assistance Project cannot accept filings on behalf of the court.

**CONCLUSION**

The Clerk of Court is directed to issue summonses for Defendants Mount Sinai Health System and Mount Sinai Innovation Partners, complete the USM-285 form with the addresses

---

[4] Plaintiff also names ten unidentified Doe defendants. Because Plaintiff does not allege any facts describing how the Doe defendants were personally involved in the events giving rise to his claims or any way to identify them, the Court declines to issue a *Valentin* order as to these defendants at this time.

for these defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail a copy of this order and the complaint to Legal Counsel for Mount Sinai Health System at: 150 East 42nd Street, New York, NY 10017.

The Clerk of Court is also directed to mail an information package to Plaintiff. An informational flyer about the CBJC legal clinic is attached to this order.

**SO ORDERED.**

Dated:    March 24, 2026
              New York, New York

_____
KATHARINE PARKER
United States Magistrate Judge

4

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.      Mount Sinai Health System
        150 East 42nd Street
        New York, NY 10017

2.      Mount Sinai Innovation Partners
        150 East 42nd Street
        New York, NY 10017