UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____05/27/2026
```

MISEAL APONTE,

                               Plaintiff,

            -against-

MOUNT SINAI HEALTH SYSTEM, et al.,

                               Defendants.

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**25-CV-9449 (JPC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

A settlement conference in this matter is scheduled for **Tuesday, August 18, 2026, at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than  **August 11, 2026, by 5:00 p.m.**

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
         May 27, 2026

                          SO ORDERED.

                          _Katharine H Parker_
                          _____
                          KATHARINE H. PARKER
                          United States Magistrate Judge