UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MISEAL APONTE,

                                        Plaintiff,

              -against-

MOUNT SINAI HEALTH SYSTEM, et al.,

                                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2026

**POST INITIAL CASE
MANAGEMENT CONFERENCE
ORDER**

**25-CV-9449 (JPC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On Wednesday, May 27, 2026 the parties appeared before the undersigned for an Initial Case Management Conference.  After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Motions.**  Defendants' anticipated motion to dismiss is due **September 18, 2026**; Plaintiff's opposition is due **October 19, 2026**; and Defendants' reply, if any, is due **November 2, 2026**.

**Discovery.**  Discovery in this matter is STAYED pending the resolution of Defendants' anticipated motion to dismiss.

**Consent.**  The parties are reminded that they have the option to consent to conduct all proceedings, including a trial, before the undersigned pursuant to 28 U.S.C. § 636(c).  If all parties consent, they shall complete and file the Consent form available on the Court's website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge.  This Order is not meant to interfere in any way with the parties' absolute right to have dispositive

motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

**Pro Se Clinic**. Plaintiff is reminded that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court.  The Clinic operates on-site at the U.S. District Court for the Southern District of New York's Manhattan courthouse at 40 Foley Square, New York, NY 10007, and the White Plains courthouse on occasion. Litigants in need of legal assistance are encouraged to make an appointment by completing the City Bar Justice Center's intake form available at https://www.citybarjusticecenter.org/projects/federal-pro-se legal-assistance-project/. If a litigant has questions about the intake form or needs to highlight an urgent deadline, the clinic can be contacted by phone at 212-382-4794 or email at fedprosdny@nycbar.org. In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm. Appointments are also available remotely Monday through Friday, 10am to 4pm.  Plaintiff is encouraged to contact the clinic to determine if an attorney can represent him for the upcoming settlement conference on August 18, 2026 and/or in responding to the anticipated motion to dismiss.

2

Dated: New York, New York
       May 27, 2026

SO ORDERED.

KATHARINE H. PARKER
United States Magistrate Judge

3