CITY BAR JUSTICE CENTER

**Federal Pro Se Legal Assistance Project SDNY**
City Bar Justice Center

**APPLICATION GRANTED: The Settlement Conference in this matter scheduled for August 18, 2026 is hereby adjourned. Chambers will contact counsel with tentative dates for the rescheduling of this proceeding.**

APPLICATION GRANTED
Katharine H Parker
Hon. Katharine H. Parker, U.S.M.J.
**08/13/2026**

August 13, 2026

**VIA ECF**
Hon. Katherine H. Parker
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St., New York, NY 10007

RE: *Aponte v. Mount Sinai Health System, et al*, 25-cv-09449-JPC-KHP

Dear Judge Parker,

The City Bar Justice Center represents Plaintiff Misael Aponte for purposes of settlement. I submit this letter jointly with counsel for Defendant to inform Your Honor of the progress of settlement discussions and to request an adjournment of the August 18, 2026, settlement conference date. This is the first request to adjourn the settlement conference.

The City Bar Justice Center was recently retained to represent Mr. Aponte for the limited purposes of settlement (ECF 26). However, it is our belief that the parties need to come to terms on several matters relating to a settlement agreement prior to meeting before Your Honor at a settlement conference.

Should Your Honor prefer, both plaintiff and defense counsel are available for a second pre-conference telephone call on August 18, 2026, to discuss the status of settlement and the issues the parties are addressing and to reschedule the settlement conference.

Respectfully submitted,

/s/ Danika Gallup
Danika Gallup
Staff Attorney, City Bar Justice Center
Federal Pro Se Legal Assistance Project (SDNY)
40 Foley Square, New York, NY 10007
Phone: 212-382-4706
Email: dgallup@nycbar.org